UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-cv-22065-BLOOM

KEDAR ALEXANDER RIVERO CONDE,

     Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY; U.S. CITIZENSHIP AND
IMMIGRATION SERVICES; KRISTI
NOEM, in her official capacity as Secretary
of the Department of Homeland Security;
JOSEPH EDLOW, in his official capacity as
Director of U.S. Citizenship and Immigration
Services; and VARSENIK PAPAZIAN, in
her official capacity as Director of the
USCIS Miami Asylum Office,

     Defendants.

_____/

## ORDER TO FILE PROOF OF SERVICE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants **within 90 days** after the filing of the complaint.[1] Plaintiff filed this action on March 26, 2026, *see* ECF No. [1], generating a **June 24, 2026**, service deadline. Summonses have been issued as to all Defendants, *see* ECF No. [3], but service has not been perfected. Accordingly, it is

**ORDERED AND ADJUDGED** that, within **seven (7) days** of perfecting service upon Defendants, Plaintiff shall file proof of such service with the Court. Failure to effectuate service

---

[1] The 90-day timeframe does not apply to service of process upon parties in a foreign country. *See* Fed. R. Civ. P. 4(m) ("This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).").

of a summons and the complaint on Defendants by the stated deadline will result in dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 27, 2026.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record