**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-22065-BLOOM**

KEDAR ALEXANDER RIVERO CONDE,

     Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY; U.S. CITIZENSHIP AND
IMMIGRATION SERVICES; KRISTI
NOEM, in her official capacity as Secretary
of the Department of Homeland Security;
JOSEPH EDLOW, in his official capacity as
Director of U.S. Citizenship and Immigration
Services; and VARSENIK PAPAZIAN, in
her official capacity as Director of the
USCIS Miami Asylum Office,

     Defendants.

_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

     **THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [17]

("Notice"), filed on June 11, 2026. The Court has carefully reviewed the Notice, the record in this

case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [17]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE;**

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS**

    **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 26-cv-22065-BLOOM

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 11, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of Record

2